**JUVENILE COURT PROCEDURAL RULES COMMITTEE**
**FINAL REPORT[1]**

**Amendment of Pa.R.J.C.P. 191**

On October 1, 2019, the Supreme Court amended Rule of Juvenile Court Procedure 191 to provide a written advisement to juveniles of their right to challenge a Juvenile Court Hearing Officer's recommendation of an adjudication of delinquency.

Currently, Pa.R.J.C.P. 191(B)(1) requires a Juvenile Court Hearing Officer to advise a juvenile of the right to challenge a recommendation for an adjudication of delinquency pursuant to Pa.R.J.C.P. 192. The Juvenile Court Procedural Rules Committee ("Committee") believed such an advisement should thoroughly advise the juvenile of the right to challenge a recommendation. Further, it should be done so in writing using "plain language" more easily understood by juveniles. A rule-based form would ensure that sufficient and necessary information is provided to juveniles throughout Pennsylvania. This approach is consistent with the written information provided to a juvenile advising of post-dispositional rights. *See* Pa.R.J.C.P. 191(B)(2); Pa.R.J.C.P. 512(C). The requirement for a written advisement pursuant to Pa.R.J.C.P. 191(B)(1) is only intended when there is a recommendation for an adjudication of delinquency; it is not intended for other types of recommendations.

The amendment will become effective January 1, 2020.

---

[1]     The Committee's Final Report should not be confused with the official Committee Comments to the rules. Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.